Case: 3:23-mj-00265-PBS Doc #: 1 Filed: 06/28/23 Page: 1 of 10 PAGEID #: 1
10858601
RECEIVED
By JKing1 at 5:05 pm, Jun 22, 2023

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America<br>v.<br>**ANTOINE JONES**<br>c/o Montgomery County Ohio Jail<br>345 W. Second Street<br>Dayton, OH 45422<br>DOB: xx/xx/1985; SSN: xxx-xx-4488<br>*Defendant* | ) ) ) ) ) ) ) | Case No. 2:19-cr-33-DLB-CJS-9 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **ANTOINE JONES**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violations of Supervised Release.

Date: 06/22/2023

_____
*Issuing officer's signature*

City and state: Covington, Kentucky

Robert R. Carr by Tammy J. Ziegelmeyer, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|
| Date: _____ |

*Arresting officer's signature*

*Printed name and title*

PROB 12C
(Ver. 6/2023)

# -UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY

JUN 2 2 2023

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

### Petition for Warrant or Summons for Person Under Supervision

Name of Offender: Antoine Jones          Case Number: 2:19-CR-033-SS-DLB-09

Register/USM Number: 78222-061

Name of Sentencing Judicial Officer: Honorable David L. Bunning, U.S. District Judge

Date of Original Sentence: September 4, 2020

Original Offense: Conspiracy to Distribute Controlled Substances, 100 or More Kilograms of Marijuana

Original Sentence: 60 months imprisonment, with five years of supervised release to follow.

Type of Supervision: Supervised Release          Date Supervision Commenced: February 9, 2023

Assistant U.S. Attorney: Anthony J. Bracke          Defense Attorney: Eric G. Eckes

---

### PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance
1.   You must not commit another federal, state or local crime.
On June 16, 2023, Antoine Jones was was arrested by the Miami Township Police Department for the offenses of Strangulation and Domestic Violence. He is currently lodged in the Montgomery County Jail on a $50,0000 Cash/Surety Bond. Jones is scheduled to appear for a Preliminary Hearing through Miamisburg Municipal Court in Case No.: 2023CRA615 for the offenses of Strangulation (F3) and Domestic Violence (F4) on June 26, 2023. Charges have been filed for Strangulation (Substantial Risk of SPH) (F3) and Domestic Violence (Knowingly – Pregnant) (1 Prior) (F4) through Montgomery County Common Pleas Court in Case No.: 2023CR01778.

June 21, 2023
Page 2

RE: Jones, Antoine
Dkt. # 2:19-CR-033-SS-DLB-09
PROB 12C

U.S. Probation Officer Recommendation:

☐ The term of supervision should be:

    ☐ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2023

*Michelle Studer*

Michelle L. Studer
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☒ Other — Lodge arrest warrant as a detainer with the Montgomery County Jail

Signed By:
**David L. Bunning**
United States District Judge

Signature of Judicial Officer

21 June 23
Date

CM/ECF U.S. Eastern District of Kentucky Case: 3:23-mj-00265-RBS Doc #: 1 Filed: 06/28/23 Page: 4 of 10 PAGEID #: 9456932832916-L_1_0-1

1 of 7                                                                                                                                                  6/28/2023, 8:08 AM

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

REFERA

# U.S. District Court
# Eastern District of Kentucky (Covington)
# CRIMINAL DOCKET FOR CASE #: 2:19-cr-00033-DLB-CJS-9

Case title: USA v. Pierre R. Taylor, et al

Date Filed: 04/11/2019

Date Terminated: 09/04/2020

Assigned to: Judge David L. Bunning
Referred to: Magistrate Judge Candace J. Smith

### Defendant (9)
**Antoine Jones**
*TERMINATED: 09/04/2020*

represented by **Eric G. Eckes**
455 Delta Avenue
Suite 105
Cincinnati, OH 45226
513-252-2750
Fax: 513-252-2751
Email: eeckes@pinalesstachler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY TO DISTRIBUTE AND PWID FENTANYL, MARIJUANA, DELTA 9-TETRAHYDROCANNABINOL (2ss) | ORIGINAL JUDGMENT 9-4-20: SIXTY (60) MONTHS IMPRISONMENT; FIVE (5) YEARS SUPERVISED RELEASE $100 SPECIAL ASSESSMENT FEE |

**Highest Offense Level (Opening)**
Felony

| Terminated Counts | Disposition |
|---|---|
| 21:846 CONSPIRACY WITH INTENT TO DISTRIBUTE AND PWID FENTANYL AND MARIJUANA (1) | DISMISSED BY MOTION OF THE UNITED STATES |
| 21:846 CONSPIRACY TO DISTRIBUTE AND PWID FENTANYL, MARIJUANA, DELTA-9-TETRAHYDROCANNABINOL (2s) | DISMISSED BY MOTION OF THE UNITED STATES |

**Highest Offense Level (Terminated)**
Felony

| Complaints | Disposition |
|---|---|
| None | |

### Plaintiff
**USA**

represented by **Anthony J. Bracke , AUSA**
U.S. Attorney's Office - Ft. Mitchell
207 Grandview Drive
Suite 400
Ft. Mitchell, KY 41017-2762
859-652-7032
Fax: 859-655-3212
Email: Anthony.Bracke@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Rajbir Datta , AUSA**
U.S. Attorney's Office, EDKY
260 W. Vine Street
Suite 300

Lexington, KY 40507-1612
859-233-2661
Fax: 859-233-2533
Email: USAKYE.ECFCivil@usdoj.gov
*ATTORNEY TO BE NOTICED*
Designation: Assistant U.S. Attorney

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2019 | 1 | SEALED INDICTMENT returned in open court as to Pierre R. Taylor (1) count(s) 1, Vincent D. Brown (2) count(s) 1, Laquana M. Gordon (3) count(s) 1, 2, Cameron D. Morton (4) count(s) 1, 3, Kenneth Ray McCleod, Jr. (5) count(s) 1, 3, Nathaniel Black (6) count(s) 1, 4, Lavaysha Venison (7) count(s) 1, 4, Imani Eiland (8) count(s) 1, 4, Antoine Jones (9) count(s) 1, Rochelle Banks (10) count(s) 1, Brandi A. Bright (11) count(s) 1, 5, Cameron D. Johnson (12) count(s) 1, 5. (TJZ) (Additional attachment(s) added on 4/12/2019: # 1 Unredacted Indictment ) (TJZ). (Entered: 04/12/2019) |
| 04/11/2019 | 2 | MOTION to Seal by USA as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. Motions referred to Candace J. Smith. (TJZ) (Entered: 04/12/2019) |
| 04/11/2019 | 3 | ORDER granting Motion to Seal 2 as to Pierre R. Taylor (1), Vincent D. Brown (2), Laquana M. Gordon (3), Cameron D. Morton (4), Kenneth Ray McCleod, Jr. (5), Nathaniel Black (6), Lavaysha Venison (7), Imani Eiland (8), Antoine Jones (9), Rochelle Banks (10), Brandi A. Bright (11), Cameron D. Johnson (12). Signed by Magistrate Judge Candace J. Smith on 4/11/2019. (TJZ)cc: COR,USM,USP (Entered: 04/12/2019) |
| 04/11/2019 | 5 | NOTICE REGARDING RELATED PROSECUTIONS by USA as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson (TJZ) (Entered: 04/12/2019) |
| 04/11/2019 | 6 | MOTION for Arrest Warrant by USA as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. Motions referred to Candace J. Smith. (TJZ) (Entered: 04/12/2019) |
| 04/11/2019 | 7 | ORDER as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson cc: USP,USM service by U.S. Mail on paper, Motions terminated as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. Signed by Magistrate Judge Candace J. Smith. (TJZ) Modified text on 4/22/2019 (TJZ). (Entered: 04/12/2019) |
| 04/11/2019 | 8 | STANDING REFERRAL ORDER: 1. Mag Judge determine any pre-trial matter that does not dispose of a charge or defense; 2. Mag Judge make recommended disposition concerning any pretrial matter that disposes of a charge or defense, including but not limited to any motion specifically listed in Rule 59(b); 3. Court excepts from this referral, and retains for initial referral, any motions in limine. Signed by Judge David L. Bunning on 6/12/2017. (TJZ)cc: COR,USM,USP (Entered: 04/12/2019) |
| 04/12/2019 | | Conflict Check run. (TJZ) (Entered: 04/12/2019) |
| 04/12/2019 | | CJA Case Assignment by Clerk: APPOINTED CJA Attorney Eric G. Eckes for Antoine Jones. cc: COR, USP, USM (KRB) (Entered: 04/12/2019) |
| 04/12/2019 | | Arrest of Antoine Jones in SDOH. (TJZ) (Entered: 04/17/2019) |
| 04/16/2019 | 35 | SEALED ORDER as to Pierre R. Taylor, Laquana M. Gordon, Antoine Jones: ARRAIGNMENT and DETENTION HEARINGS set for 4/17/2019 at 10:30 AM in COVINGTON before Magistrate Judge Candace J. Smith. Signed by Magistrate Judge Candace J. Smith on 4/16/2019. (TJZ)cc: COR,USM,USP (Entered: 04/16/2019) |
| 04/17/2019 | 47 | Rule 40 Documents Received as to Antoine Jones (Attachments: # 1 Waiver of Rule 5 Hearing, # 2 Order Appt Atty, # 3 CJA 23, # 4 Minutes, # 5 Docket Sheet SDOH, # 6 Cover Letter)(TJZ) (Entered: 04/17/2019) |
| 04/17/2019 | 48 | Arrest WARRANT Returned Executed on 4/12/2019 in case as to Antoine Jones. (TJZ) (Entered: 04/17/2019) |
| 04/17/2019 | 56 | MINUTE ENTRY for ARRAIGNMENT and DETENTION HEARING as to Antoine Jones (9) Count 1 held on 4/17/2019 before Magistrate Judge Candace J. Smith: Eric Eckes appeared as APPOINTED CJA counsel of record. Defendant's oral request for discovery is noted of record. Defendant entered plea of NOT GUILTY. FINAL PRETRIAL CONFERENCE set for 6/6/2019 at 11:00 AM in COVINGTON before Judge David L. Bunning. JURY TRIAL set for 6/17/2019 at 09:00 AM in COVINGTON before Judge David L. Bunning. Counsel to be present at 8:30 a.m. Defendasnt is remanded to the custody of USM. **Counsel should note the correct time for the FPT is 11:00 a.m., rather than the 9:00 a.m. time provided in court.** (Tape #KYED-COV_2-19-cr-33-DLB-CJS-009_20190417_110757.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP (Entered: 04/18/2019) |
| 04/18/2019 | | CJA Appointment of Attorney for Antoine Jones. The Clerk ENTERED the representation and appointment in the eVoucher system for Eric G. Eckes. (TJZ) (Entered: 04/18/2019) |
| 04/19/2019 | 66 | PRETRIAL AND TRIAL MANAGEMENT ORDER as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Imani Eiland, Antoine Jones. 1. **Assignment of Final Pretrial and Jury Trial Dates**. a. PRETRIAL CONFERENCE set for 6/6/2019 at 11:00 AM in COVINGTON before Judge David L. Bunning. 2. JURY TRIAL set for 6/17/2019 at 9:00 AM in COVINGTON before Judge David L. Bunning, counsel to be present at 8:30am. (Parties to comply w/items 1-7 as set forth in this Pretrial and Trial Management Order). Signed by Magistrate Judge Candace J. Smith on 4/19/2019. (LST)cc: COR,USM,USP (Entered: 04/19/2019) |
| 04/19/2019 | | Set/Reset Hearings as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Imani Eiland, Antoine Jones:PRETRIAL CONFERENCE set for 6/6/2019 at 11:00 AM in COVINGTON before Judge David L. Bunning. JURY TRIAL set for 6/17/2019 at 09:00 AM in COVINGTON before Judge David L. Bunning. (LST) (Entered: 05/01/2019) |
| 05/10/2019 | | *** MOTION SUBMITTED TO CHAMBERS OF Magistrate Judge Candace J. Smith to review re 85 MOTION for Extension of Time , 84 MOTION for Extension of Time to File *Pre-Trial Motions*, 86 MOTION for Order *(Proposed)* filed as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson (KRB) (Entered: 05/10/2019) |

| | | |
|---|---|---|
| 05/13/2019 | 90 | ORDER: STATUS CONFERENCE set for 5/20/2019 at 01:30 PM in COVINGTON before Magistrate Judge Candace J. Smith. All counsel and Defendants shall be present. Counsel should bring their calendars and if possible confer with clients about speedy trial prior to the conference. Signed by Magistrate Judge Candace J. Smith on 5/13/2019. (TJZ)cc: COR,USM,USP (Entered: 05/13/2019) |
| 05/20/2019 | 103 | MINUTE ENTRY for STATUS CONFERENCE as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson held on 5/20/2019 before Magistrate Judge Candace J. Smith: Joshua McIntosh, Patrick Renn (retained), David Fessler (appointed), Gary Sergent (appointed), Steve Smith (appointed), F. Dennis Alerding (appointed), Steve Howe (appointed), Mary Rafizadeh (appointed), Kerry Neff (appointed), Eric Eckes (appointed), Herb Haas (retained), Lee Metzger (appointed), Deanna Dennison (retained) appeared as counsel of record: 1) Motions of Gordon and Banks to designate case as complex [89, 100] are **denied** w/out prejudice. 2) Defendants' motions [84,85,87,89,91,95,98] to extend motion deadline are **granted**; Gordon and Johnson's motions [89,98] to continue pretrial and trial are **granted**; Jones' and Morton's oral motions are **granted**. 3) Final pretrial scheduled for 6/6/2019 is VACATED and continued to 9/11/2019 at 10:00 AM in COVINGTON before Judge David L. Bunning. 4) Jury trial scheduled for 6/17/2019 is VACATED and continued to 10/1/2019 at 09:00 AM in COVINGTON before Judge David L. Bunning. Counsel and defendants to be present at 8:30 a.m. Estimated length of trial is 5 days. 5) In addition to excludable time under pretrial motion provision, the period of delay from 6/17/2019 to 10/1/2019 is EXCLUDED from speedy trial calculations. 6) Defendants Morton, McCleod, Bright shall file within 14 days a waiver of speedy trial. 7) STATUS CONFERENCE set for 8/15/2019 at 01:30 PM in COVINGTON before Magistrate Judge Candace J. Smith. 8) Defendants Taylor, Brown and Jones are remanded to the custody of USM. 9) Defendants Gordon, Morton, McCleod, Black, Venison, Eiland, Banks, Bright, Johnson remain released on bond. (Tape #KYED-COV__2-19-CR-33_20190520_134139.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP (Entered: 05/23/2019) |
| 06/18/2019 | 121 | MOTION for Bond *Hearing* as to Antoine Jones. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Eckes, Eric) (Entered: 06/18/2019) |
| 06/20/2019 | 124 | ORDER as to Antoine Jones: MOTION for Bond Hearing set for 6/27/2019 at 2:00 PM in COVINGTON before Magistrate Judge Candace J. Smith. Signed by Magistrate Judge Candace J. Smith on 6/19/2019. (TJZ)cc: COR,USM,USP (Entered: 06/20/2019) |
| 06/27/2019 | 131 | MINUTE ENTRY for BOND HEARING as to Antoine Jones held on 6/27/201 before Magistrate Judge Candace J. Smith: Eric Eckes appeared as APPOINTED CJA counsel of record. 1) US oral motion for detention is DENIED. 2) Bench conference is SEALED. 3) Defendant is released on his own recognizance. (Tape #KYED-COV_19-cr-33-DLB-CJS-009_20190627_134446.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP (Entered: 06/28/2019) |
| 06/27/2019 | 132 | ORDER Setting Conditions of Release as to Antoine Jones. Signed by Magistrate Judge Candace J. Smith on 6/27/2019. (TJZ)cc: COR,USM,USP (Entered: 06/28/2019) |
| 06/27/2019 | 133 | Appearance Bond Entered as to Antoine Jones (TJZ) (Entered: 06/28/2019) |
| 07/15/2019 | 136 | NOTICE *of Warrant Recall* as to Antoine Jones (Eckes, Eric) Modified text on 7/16/2019 (TJZ). (Entered: 07/15/2019) |
| 07/17/2019 | 140 | MOTION by Pierre R. Taylor *to Release Pretrial Services Report* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Renn, Patrick) (Entered: 07/17/2019) |
| 08/02/2019 | 147 | ORDER as to Antoine Jones: Defendant's release conditions are modified to a curfew with GPS monitoring. Signed by Magistrate Judge Candace J. Smith on 8/2/2019. (TJZ)cc: COR,USM,USP (Entered: 08/02/2019) |
| 08/07/2019 | 150 | INCORRECTLY FILED SECOND MOTION to Amend/Correct by Brandi A. Bright *to Modify Conditions of Release* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (Attachments: # 1 Proposed Order) (Metzger, Edward) Modified text on 8/8/2019 (TJZ). (Entered: 08/07/2019) |
| 08/08/2019 | 152 | SUPERSEDING INDICTMENT returned in open court as to Pierre R. Taylor (1) count(s) 1s, 2s, Vincent D. Brown (2) count(s) 2s, Laquana M. Gordon (3) count(s) 2s, 3s, Cameron D. Morton (4) count(s) 2s, 4s, Kenneth Ray McCleod, Jr. (5) count(s) 2s, 4s, Nathaniel Black (6) count(s) 2s, 5s, Lavaysha Venison (7) count(s) 2s, 5s, Imani Eiland (8) count(s) 2s, 5s, Antoine Jones (9) count(s) 2s, Rochelle Banks (10) count(s) 2s, Brandi A. Bright (11) count(s) 2s, 6s, Cameron D. Johnson (12) count(s) 2s, 6s. (TJZ) (Additional attachment(s) added on 8/8/2019: # 1 Unredacted Indictment ) (TJZ). (Entered: 08/08/2019) |
| 08/08/2019 | 153 | MOTION for Arraignment by USA as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (TJZ) (Entered: 08/08/2019) |
| 08/08/2019 | 154 | ORDER as to ALL DEFENDANTS: Motion for arraignment 153 is GRANTED. ARRAIGNMENT set for 8/15/2019 at 01:30 PM in COVINGTON before Magistrate Judge Candace J. Smith. Signed by Magistrate Judge Candace J. Smith on 8/8/2019. (TJZ)cc: COR,USM,USP (Entered: 08/08/2019) |
| 08/09/2019 | 156 | INCORRECTLY FILED AS MOTION for Hearing by Pierre R. Taylor as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (Attachments: # 1 Proposed Order). (Renn, Patrick) Modified text on 8/12/2019 (TJZ). SEE DOCKET ENTRY 177 FOR THE CORRECT ENTRY. Modified on 9/13/2019 (LST). (Entered: 08/09/2019) |
| 08/15/2019 | 191 | MINUTE ENTRY for ARRAIGNMENT on Superseding Indictment as to Antoine Jones (9) Count 2s held on 8/15/2019 before Magistrate Judge Candace J. Smith: Eric Eckes appeared as APPOINTED CJA counsel of record. Defendant entered plea of NOT GUILTY. Defendant is released on previously imposed conditions by the Court. (Court Reporter Lisa Wiesman.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP (Entered: 08/19/2019) |
| 08/15/2019 | 207 | MINUTE ENTRY for STATUS CONFERENCE as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson held on 8/15/2019 before Magistrate Judge Candace J. Smith: Attorneys present as noted. 1) Defendants McCleod, Venison, and Eiland are required to write a letter of apology to the Court and parties and counsel for their tardiness in attending Court. 2) Defendant Taylor to file by 8/20/2019 the warrant materials being challenged in his suppression and related motions.3) Defendant Taylors Motion to Strike Surplusage 160 and Motion for Bill of Particulars 162 are denied without prejudice as moot. 4) Final pretrial conference is converted to a STATUS CONFERENCE set for 9/11/2019 at 10:00 AM in COVINGTON before Judge David L. Bunning. 5) Deadline for filing of defensive motions is extended to 9/10/2019. 6) Defendant Taylors Motion for Leave to File Additional Motions 175 is denied as moot. 7) US shall file its written responses to Defendant Taylors remaining motions [157, 158, 159, 161, 163, 164, 165, 166, 167, 168, 169, 170, 171, 172, 173, 174, 177 by 9/6/2019. Defendant Taylor's reply due within 14 days. 8) US oral motion to designate this case as complex is taken under advisement. 9) |

| | | |
|---|---|---|
| | | 10/1/2019 Jury Trial date is vacated. 10) In addition to the excludable time, the period of delay from 8/9/2019 until adjudication of Defendant Taylor's motions is EXCLUDED from the Speedy Trial calculation. The period of time between now and the new trial date is EXCLUDED from the speedy trial calculations. Defendant Taylor's objection to vacating the 10/1 jury trial is overruled. 11) Defendant Taylor is remanded to the custody of the USM. 12) Defendants Gordon, Morton, McCleod, Black, Venison, Eiland, Jones, Banks, Bright, and Johnson remain released on bond. (Court Reporter Lisa Wiesman.) Signed by Candace J. Smith. (TJZ)cc: COR,USM,USP (Entered: 08/22/2019) |
| 08/16/2019 | 180 | INCORRECTLY FILED MOTION for Leave by Brandi A. Bright *To Allow Appearance by Telephone* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Metzger, Edward) Modified text on 8/16/2019 (TJZ). See docket entry 181 for CORRECT ENTRY. (Entered: 08/16/2019) |
| 09/10/2019 | 237 | MOTION for Leave by Rochelle Banks as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. Motions referred to Candace J. Smith. (Haas, Herbert) (Entered: 09/10/2019) |
| 09/10/2019 | 239 | CORRECTED MOTION for Leave by Rochelle Banks *Counsel to Appear by Telephone* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. Motions referred to Candace J. Smith. (Haas, Herbert) (Entered: 09/10/2019) |
| 09/11/2019 | 243 | ORDER as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson: 1. The United States oral motion to designate this case as complex is granted. This matter is complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits of the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii). Therefore, in addition to the delay associated with the two prior trial continuances being excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) as previously found by the Court (see R. 103 at 5; R. 207 at 10), the delay is also now excludable in light of the designation of this case as complex.. Signed by Magistrate Judge Candace J. Smith on 9/11/2019. (LST)cc: COR,USM,USP (Entered: 09/11/2019) |
| 09/11/2019 | 247 | MINUTE ENTRY for STATUS CONFERENCE as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson held on 09/11/2019 before Judge David L. Bunning: Patrick Renn Retained counsel for Pierre R. Taylor, David Fessler appointed CJA for Vincent Brown, Gary Sergent appointed CJA for Laquana M. Gordon, J. Stephen Smith appointed CJA for Cameron Morton, F. Dennis Alerding appointed CJA for Kenneth Ray McCleod,Jr., Steve Howe appointed CJA for Nathaniel Black, Mary Rafizadeh appointed CJA for Lavaysha Venison, James West appointed CJA for Imani Eiland, Eric Eckes appointed CJA for Antoine Jones, Herbert Haas retained counsel via telephone for Rochelle Banks, E. Lee Metzger appointed CJA for Brandi Bright, Deanna Dennison retained counsel for Cameron Johnson. 1. Defendant Taylors Petition for Writ of Habeas Corpus 185 is DENIED WITHOUT PREJUDICE as withdrawn. 2. A Hearing on Defendant Taylors Motions 157 156 158 , 161 , 163 , 164 , 165 , 166 , 167 168 and 177 will be held on Tuesday, October 8, 2019 at 9:00 a.m. before the undersigned. 3. A Further Status Conference for all Defendants will be held on Wednesday, November 13, 2019 at 10:00 a.m. before the undersigned. 4. Defendant Pierre Taylor is remanded to custody of the U.S. Marshal. 5. Defendants Brown, Gordon, Morton, McCleod, Black, Venison, Eiland, Jones, Banks, Bright and Johnson to remain on bond and conditions of release.( STATUS CONFERENCE set for 11/13/2019 at 10:00 AM in COVINGTON before Judge David L. Bunning.) (Court Reporter Lisa Wiesman.) (KRB)cc: COR,USM,USP (Entered: 09/11/2019) |
| 10/10/2019 | 263 | SECOND SUPERSEDING INDICTMENT returned in open court as to Pierre R. Taylor (1) count(s) 1ss, 2ss, Vincent D. Brown (2) count(s) 2ss, Laquana M. Gordon (3) count(s) 2ss, 3ss, Cameron D. Morton (4) count(s) 2ss, 4ss, Kenneth Ray McCleod, Jr. (5) count(s) 2ss, 4ss, Nathaniel Black (6) count(s) 2ss, 5ss, Lavaysha Venison (7) count(s) 2ss, 5ss, Imani Eiland (8) count(s) 2ss, 5ss, Antoine Jones (9) count(s) 2ss, Rochelle Banks (10) count(s) 2ss, Brandi A. Bright (11) count(s) 2ss, 6ss, Cameron D. Johnson (12) count(s) 2ss, 6ss, Shakara Cheairs (13) count(s) 2. # 1 Unredacted Indictment ) (TJZ). Modified text on 10/11/2019 (TJZ). (Entered: 10/10/2019) |
| 10/10/2019 | 264 | MOTION for Arraignment by USA as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson. (TJZ) (Entered: 10/10/2019) |
| 10/10/2019 | 265 | ORDER SETTING ARRAIGNMENT as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Motions terminated as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson: ARRAIGNMENT set for 10/17/2019 at 01:00 PM in COVINGTON before Magistrate Judge Candace J. Smith. Signed by Magistrate Judge Candace J. Smith on 10/10/2019. (TJZ)cc: COR,USM,USP (Entered: 10/10/2019) |
| 10/15/2019 | 273 | INCORRECTLY FILED FIRST MOTION to Continue by Rochelle Banks as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Haas, Herbert) Modified text on 10/16/2019 (TJZ). SEE DOCKET ENTRY 276 FOR CORRECT ENTRY. (Entered: 10/15/2019) |
| 10/16/2019 | 275 | MOTION Appearance by Telephone as to Antoine Jones. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Eckes, Eric) (Entered: 10/16/2019) |
| 10/16/2019 | | *** MOTION SUBMITTED TO CHAMBERS OF Candace J. Smith to review re 275 MOTION Appearance by Telephone , 276 MOTION to Continue filed as to Antoine Jones, Rochelle Banks (TJZ) (Entered: 10/16/2019) |
| 10/17/2019 | 277 | VIRTUAL ORDER: granting 275 MOTION for Defendant Antoine Jones to Appear by Phone for the October 17 arraignment, arrangements for said telephonic appearance to be arranged through Defendant's counsel. Signed by Magistrate Judge Candace J. Smith on 10/17/2019. (TJZ)cc: COR,USM,USP (Entered: 10/17/2019) |
| 10/17/2019 | 285 | MINUTE ENTRY for ARRAIGNMENT on SECOND SUPERSEDING INDICTMENT as to Antoine Jones (9) Count 2ss held on 10/17/19 before Magistrate Judge Candace J. Smith:Eric Eckes appeared as Appointed CJA counsel of record. Dft WFA/NG plea entered; Status conference remains set for 11/13/19 @ 10:00 a.m. before David L. Bunning; Dft RELEASED. (Court Reporter Joan Averdick.) (MRS)cc: COR,USM,USP, Cov Diary (Entered: 10/18/2019) |
| 10/28/2019 | 298 | **INCORRECTLY FILED** SECOND MOTION for Leave by Rochelle Banks *Counsel to appear by telephone* (Attachments: # 1 Proposed Order (Haas, Herbert) Modified text on 10/28/2019 (TJZ). See docket entry 300 for CORRECT ENTRY. (Entered: 10/28/2019) |

| Date | # | Entry |
|---|---|---|
| 11/07/2019 | 305 | **INCORRECTLY FILED** MOTION for Arraignment by Shakara Cheairs *to Continue Arraignment and Motion for Order requiring US Marshal Provide Transportation for SHAKARA CHEAIRS to Attend Arraignment* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Attachments: # 1 Order)Motions referred to Candace J. Smith. (Durstock, Stefanie) Modified text on 11/8/2019 (TJZ). See docket entry 306 for CORRECT ENTRY. (Entered: 11/07/2019) |
| 11/13/2019 | 314 | MINUTE ENTRY for STATUS CONFERENCE as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Antoine Jones, Rochelle Banks, Cameron D. Johnson, Shakara Cheairs held on 11/13/2019 before Judge David L. Bunning: Appearances as noted. 1) JURY TRIAL set for 3/2/2020 at 09:00 AM in COVINGTON before Judge David L. Bunning. Attorneys present at 8:30 a.m. The Court set aside 7 days for trial. The time period between today and 3/2/2020 are considered excludable delay. 2) FINAL PRETRIAL CONFERENCE set for 2/11/2020 at 01:00 PM in COVINGTON before Judge David L. Bunning. 3) Any motion for rearraignment shall be filed by 1/13/2020. 4) Defendant Taylor is remanded to the custody of USM, remaining defendants shall remain on bond. (Court Reporter Lisa Wiesman.) (TJZ)cc: COR,USM,USP (Entered: 11/13/2019) |
| 12/15/2019 | 323 | **INCORRECTLY FILED** FIRST MOTION for Rearraignment by Rochelle Banks as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Attachments: # 1 Proposed Order (Haas, Herbert) Modified text on 12/16/2019 (TJZ). See DE 324 for correct entry. (Entered: 12/15/2019) |
| 01/10/2020 | 342 | MOTION for Rearraignment as to Antoine Jones. (Attachments: # 1 Proposed Order) (Eckes, Eric) Modified text on 1/10/2020 (TJZ). (Entered: 01/10/2020) |
| 01/15/2020 | | VIRTUAL ORDER: granting 342 MOTION for Rearraignment as to Antoine Jones. Defendant Jones' rearraignment is scheduled for Wednesday, February 12, 2020 at 10:00 a.m. in Covington. The February 11, 2020 pretrial conference is cancelled with respect to this defendant. Signed by Judge David L. Bunning on 1/15/2020. (TJZ)cc: COR,USM,USP (Entered: 01/15/2020) |
| 02/07/2020 | 371 | **INCORRECTLY FILED PLEASE SEE 374 FOR THE CORRECT FILED PURSUANT TO QC** by Shakara Cheairs as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Durstock, Stefanie) Modified on 2/7/2020 (KRB). (Entered: 02/07/2020) |
| 02/12/2020 | 392 | MINUTE ENTRY for REARRAIGNMENT as to Antoine Jones held on 2/12/2020 before Judge David L. Bunning: Eric Eckes appeared as APPOINTED CJA counsel of record. Bench conference shall be sealed. Defendant's oral motion for bond pending sentence is denied. US will move to dismiss original and superseding indictment at sentencing. Defendant pleads GUILTY to Count 2 of Second Superseding Indictment. Trial date of 3/2/2020 is vacated as to this defendant. Plea Agreement filed. Court orders Presentence Report with copies to counsel and defendant. SENTENCING set for 5/28/2020 at 09:30 AM in COVINGTON before Judge David L. Bunning. Defendant is remanded to the custody of USM. (Court Reporter Lisa Wiesman.) (TJZ)cc: COR,USM,USP (Entered: 02/12/2020) |
| 02/12/2020 | 393 | PLEA AGREEMENT as to Antoine Jones cc: COR,USP (TJZ) (Entered: 02/12/2020) |
| 02/12/2020 | 396 | ORDER as to Vincent D. Brown, Antoine Jones: 1) Sentencings scheduled for 5/28/2020 as follows: Defendant Jones at 9:30 a.m.; Defendant Brown at 10:00 a.m. (Parties to comply with 2-14 of Order). Signed by Judge David L. Bunning on 2/12/2020. (TJZ)cc: COR,USM,USP (Entered: 02/12/2020) |
| 03/12/2020 | 404 | TRANSCRIPT of Proceedings: as to Vincent D. Brown, Antoine Jones, Cameron D. Johnson Rearraignment held on February 12, 2020 before Judge David L. Bunning. Court Reporter: Lisa Reed Wiesman, Telephone number 859-291-4410 Transcript ordered by: David F. Fessler, Esq. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must follow the Court's policy regarding the Redaction Responsibility of Counsel and Parties. The policy governing the redaction of personal information is located on the court website at www.kyed.uscourts.gov. Read this policy carefully. Sample forms, i.e., a Notice of Intent to Redact, may be found on the court website by clicking on Local Forms. If there are no redactions requested, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. The Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. Redaction Request due 4/6/2020. Redacted Transcript Deadline set for 4/16/2020. Release of Transcript Restriction set for 6/15/2020. (Entered: 03/12/2020) |
| 03/12/2020 | 405 | SEALED TRANSCRIPT of Official Proceedings: as to Antoine Jones Rearraignment held on February 12, 2020 before Judge David L. Bunning. Court Reporter: Lisa Reed Wiesman. (Entered: 03/12/2020) |
| 03/13/2020 | 437 | GENERAL ORDER 20-02 In Re: Court Operations Related to COVID-19: 1) All courthouses remain open for business. Civil and criminal trials scheduled to begin 3/16/2020-4/17/2020 are CONTINUED FOR A MINIMUM OF 30 DAYS. 2) Criminal matters shall continue to take place. 3) All matters involving an attorney or party who is ill may be rescheduled. 4) Subject to intervening orders, Grand Juries shall continue to meet. 5) Regarding criminal trials set during period identified in paragraph 1, the time period shall be excluded under the Speedy Trial Act. 6) The office of the clerk shall remain open for business. Signed by Judge Danny C. Reeves on 3/13/2020. (TJZ)cc: COR,USM,USP (Entered: 04/09/2020) |
| 03/19/2020 | 413 | EMERGENCY MOTION for Bond as to Antoine Jones. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Eckes, Eric) (Entered: 03/19/2020) |
| 03/20/2020 | 415 | ORDER as to Antoine Jones: US shall file its Response to Defendant's Motion for Immediate Release 413 **by 12:00 NOON on 3/25/2020**. Signed by Magistrate Judge Candace J. Smith on 3/20/2020. (TJZ)cc: COR,USM,USP (Entered: 03/20/2020) |
| 03/23/2020 | 438 | GENERAL ORDER 20-03 - COURT OPERATIONS RELATED TO COVID-19: 1. General Order does not apply to ongoing trials; 2. Continuation civil & criminal trials per General Order 20-03 extended to civil & criminal trials set to begin 5/1/2020. 3. hearings in criminal cases through 5/1/2020, motion hearings, change of plea, & sentencings CONTINUED GENERALLY, subject to further orders. 4. Initial appearances & detention hearings proceed via remote attendance to extent possible; appearances by summons cont. after 5/1/20. 5. Except TROs, prel. inj., & emergency matters, in-person hrgs in civil cases through 5/1/2020 CONTINUED GENERALLY. Assigned judge may proceed by means not requiring personal appearance. 6. Absent exceptional circumstances, hrgs in emergency matters shall be conducted by means not requiring in-person attendance. 7. If a detention facility informs USM inmate is ill, inmate shall not be brought to Courthouse. 8. Naturalization ceremonies through 5/1/2020 are CONTINUED GENERALLY. 9. Settlement conferences through 5/1/2020 are CONTINUED GENERALLY. 10. Misd. & petty offense dockets through 5/1/2020 CONTINUED GENERALLY. 11. For complaints filed per False Claims Act, which remain under seal, US granted add'l 60 days to intervene or notify Court that it declines. 12. Courts remain open. Eff. 3/24/2020-5/1/2020 Courthouse open Mon-Fri 10 AM-2 PM. 13. Visitor restrictions apply & will be screened. 14. Gen. Order 20-02 remains in effect. 15. Court may issue further directives. Signed by Judge Danny C. Reeves on 3/23/2020. (TJZ)cc: COR,USM,USP (Entered: 04/09/2020) |

| | | |
|---|---|---|
| 03/24/2020 | 417 | RESPONSE in Opposition by USA as to Antoine Jones re 413 EMERGENCY MOTION for Bond (Attachments: # 1 Exhibit Kenton plan 1, # 2 Exhibit Kenton plan 2, # 3 Exhibit Martin opinion)(Bracke, Anthony) (Entered: 03/24/2020) |
| 03/24/2020 | | *** MOTION SUBMITTED TO CHAMBERS OF Candace J. Smith to review re 412 MOTION for Release from Custody *Due to Danger From Coronavirus*, 413 EMERGENCY MOTION for Bond filed as to Vincent D. Brown, Antoine Jones (TJZ) (Entered: 03/24/2020) |
| 03/25/2020 | 421 | ORDER as to Antoine Jones: Defendant shall file any Reply to 413 EMERGENCY MOTION for Bond by **12:00 NOON on 3/27/2020.** Signed by Magistrate Judge Candace J. Smith on 3/25/2020. (TJZ)cc: COR,USM,USP (Entered: 03/25/2020) |
| 03/27/2020 | 425 | REPLY TO RESPONSE to Motion by Antoine Jones re 413 EMERGENCY MOTION for Bond (Eckes, Eric) (Entered: 03/27/2020) |
| 03/30/2020 | 432 | ORDER as to Antoine Jones: Defendant's motion for immediate release due to danger from coronavirus 413 is **denied**. Signed by Judge David L. Bunning on 3/29/2020. (TJZ)cc: COR,USM,USP (Entered: 03/30/2020) |
| 04/15/2020 | 440 | GENERAL ORDER 20-08 - COURT OPERATIONS RELATED TO COVID-19: 1. continuation of all civil and criminal trials in this judicial district extended through **May 17, 2020**. 2. FINDING time period excluded under STA. 3. subject to intervening orders, period of exclusion March 16, 2020 through 5/17/2020 and may be extended by presiding judge. 4. Except as amended by this order, all previous orders captioned In re: Court Operations Related to COVID-19 remain in effect.. Signed by Judge Danny C. Reeves on 04/15/2020. (KRB)cc: COR,USM,USP (Entered: 04/15/2020) |
| 04/20/2020 | 443 | INCORRECTLY FILED MOTION to Continue by Laquana M. Gordon as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Sergent, Gary) Modified text on 4/21/2020 (TJZ). See 444 for correct entry. (Entered: 04/20/2020) |
| 04/30/2020 | 449 | ORDER as to Antoine Jones: SENTENCING scheduled for 5/28/2020 s rescheduled for 5/29/2020 at 09:00 AM in COVINGTON before Judge David L. Bunning. Signed by Judge David L. Bunning on 4/30/2020. (TJZ)cc: COR,USM,USP (Entered: 04/30/2020) |
| 05/05/2020 | 467 | SEALED MOTION for leave to Seal a Document by USA as to Antoine Jones. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Bracke, Anthony) (Entered: 05/05/2020) |
| 05/05/2020 | 468 | SEALED MOTION: filed by USA re Antoine Jones. This document is sealed pursuant to MOTION TO SEAL located on the docket sheet at 467 SEALED MOTION for leave to Seal a Document by USA (Attachments: # 1 Proposed Order) (Bracke, Anthony) (Entered: 05/05/2020) |
| 05/06/2020 | | *** MOTION SUBMITTED TO CHAMBERS OF David L. Bunning to review re Motions filed by USA 466 , 465 , 458 , 459 , 458 , 464 , 463 , 467 , 460 , 468 , 467 , 465 , 463 , 461 (TJZ). (Entered: 05/06/2020) |
| 05/06/2020 | 475 | VIRTUAL ORDER: Granting 467 SEALED MOTION for leave to Seal a Document by USA as to Antoine Jones. Signed by Judge David L. Bunning on 05/06/2020. (SLG)cc: COR,USM,USP (Entered: 05/06/2020) |
| 05/07/2020 | 478 | ORDER as to Antoine Jones: Government's motion to continue sentencing 468 is GRANTED. SENTENCING is rescheduled for 8/7/2020 at 10:00 AM in COVINGTON before Judge David L. Bunning. Signed by Judge David L. Bunning on 5/7/2020. (TJZ)cc: COR,USM,USP (Entered: 05/07/2020) |
| 06/04/2020 | 499 | FIRST MOTION to Continue by Shakara Cheairs *Motion to Continue Rearraignment* as to Pierre R. Taylor, Vincent D. Brown, Laquana M. Gordon, Cameron D. Morton, Kenneth Ray McCleod, Jr., Nathaniel Black, Lavaysha Venison, Imani Eiland, Antoine Jones, Rochelle Banks, Brandi A. Bright, Cameron D. Johnson, Shakara Cheairs. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Durstock, Stefanie) (Entered: 06/04/2020) |
| 07/15/2020 | 514 | SEALED MOTION for leave to Seal a Document by USA as to Antoine Jones. (Attachments: # 1 Proposed Order)Motions referred to Candace J. Smith. (Bracke, Anthony) (Entered: 07/15/2020) |
| 07/15/2020 | 515 | SEALED MOTION: filed by USA re Antoine Jones. This document is sealed pursuant to MOTION TO SEAL located on the docket sheet at 514 SEALED MOTION for leave to Seal a Document by USA (Attachments: # 1 Proposed Order) (Bracke, Anthony) (Entered: 07/15/2020) |
| 07/16/2020 | 516 | VIRTUAL ORDER: granting 514 Sealed Motion for leave to Seal a Document as to Antoine Jones. Signed by Judge David L. Bunning on 7/16/2020. (TJZ)cc: COR,USM,USP (Entered: 07/16/2020) |
| 07/16/2020 | | *** MOTION SUBMITTED TO CHAMBERS OF David L. Bunning to review re 515 SEALED MOTION: filed by USA re Antoine Jones, 513 SEALED MOTION: filed by USA re Cameron D. Morton, 512 SEALED MOTION for leave to Seal a Document by USA (TJZ) (Entered: 07/16/2020) |
| 07/17/2020 | 517 | ORDER as to Antoine Jones: Motion to Continue Sentencing 515 is GRANTED. SENTENCING is rescheduled for 8/28/2020 at 10:00 AM in COVINGTON before Judge David L. Bunning. Signed by Judge David L. Bunning on 7/16/2020. (TJZ)cc: COR,USM,USP (Entered: 07/17/2020) |
| 08/06/2020 | 540 | NOTICE OF FILING *Preliminary Judgment of Forfeiture* by USA as to Pierre R. Taylor, Laquana M. Gordon, Antoine Jones (Attachments: # 1 Proposed Order)(Datta, Rajbir) (Entered: 08/06/2020) |
| 08/07/2020 | | *** FILE SUBMITTED TO CHAMBERS OF David L. Bunning to review: re 540 Notice of Filing Preliminary Judgment of Forfeiture filed as to Pierre R. Taylor, Laquana M. Gordon, Antoine Jones. (TJZ) (Entered: 08/07/2020) |
| 08/07/2020 | 542 | PRELIMINARY JUDGMENT OF FORFEITURE as to Pierre R. Taylor, Laquana M. Gordon, Antoine Jones: The property listed (see order for details) is subject to forfeiture and the defendants' interest is forfeited to the USA. The 2007 Bentley and the seized currency were administratively forfeited by the DEA; the Smith &Wesson listed was reported stolen and was released to local police for return to owner. The vehicle, currency and firearm are DISMISSED from this action. US shall provide notice to persons who may have an interest. USM shall seize the aforedescribed property and maintain custody until further order. Signed by Judge David L. Bunning on 8/7/2020. (TJZ)cc: COR,USM,USP (Entered: 08/07/2020) |
| 08/14/2020 | 546 | SEALED MOTION for leave to Seal a Document by USA as to Antoine Jones. (Attachments: # 1 Proposed Order) (Bracke, Anthony) Modified text on 8/17/2020 (TJZ). (Entered: 08/14/2020) |
| 08/14/2020 | 547 | SEALED MOTION: filed by USA re Antoine Jones. This document is sealed pursuant to MOTION TO SEAL located on the docket sheet at 546 SEALED MOTION for leave to Seal a Document by USA (Attachments: # 1 Proposed Order) (Bracke, Anthony) (Entered: 08/14/2020) |
| 08/19/2020 | 553 | VIRTUAL ORDER: granting 546 Sealed Motion for leave to Seal a Document as to Antoine Jones. Signed by Judge David L. Bunning on 8/19/2020. (TJZ)cc: COR,USM,USP (Entered: 08/19/2020) |

| | | |
|---|---|---|
| 08/19/2020 | 554 | SEALED MOTION for leave to Seal a Document by USA as to Antoine Jones. (Attachments: # 1 Proposed Order) (Bracke, Anthony) Modified text on 8/20/2020 (TJZ). (Entered: 08/19/2020) |
| 08/19/2020 | 555 | SEALED DOCUMENT filed by USA re Antoine Jones. This document is sealed pursuant to MOTION TO SEAL located on the docket sheet at 554 SEALED MOTION for leave to Seal a Document by USA (Bracke, Anthony) (Entered: 08/19/2020) |
| 08/20/2020 | | *** MOTION SUBMITTED TO CHAMBERS OF David L. Bunning to review re 554 SEALED MOTION for leave to Seal a Document by USA filed as to Antoine Jones (TJZ) (Entered: 08/20/2020) |
| 08/20/2020 | 556 | SENTENCING MEMORANDUM by Antoine Jones (Attachments: # 1 Exhibit Letters)(Eckes, Eric) (Entered: 08/20/2020) |
| 08/20/2020 | 557 | SEALED MOTION for leave to Seal a Document (Attachments: # 1 Proposed Order) (Eckes, Eric) (Entered: 08/20/2020) |
| 08/20/2020 | 558 | SEALED DOCUMENT re Antoine Jones. This document is sealed pursuant to MOTION TO SEAL located on the docket sheet at 557 SEALED MOTION for leave to Seal a Document (Attachments: # 1 Exhibit Post) (Eckes, Eric) (Entered: 08/20/2020) |
| 08/21/2020 | | *** MOTION SUBMITTED TO CHAMBERS OF David L. Bunning to review re 557 SEALED MOTION for leave to Seal a Document filed as to Antoine Jones (TJZ) (Entered: 08/21/2020) |
| 08/21/2020 | 564 | VIRTUAL ORDER: granting 557 Sealed Motion for leave to Seal a Document as to Antoine Jones. Signed by Judge David L. Bunning on 8/21/2020. (TJZ)cc: COR,USM,USP (Entered: 08/21/2020) |
| 08/21/2020 | 565 | VIRTUAL ORDER: granting 554 Sealed Motion for leave to Seal a Document by USA as to Antoine Jones. Signed by Judge David L. Bunning on 8/21/2020. (TJZ)cc: COR,USM,USP (Entered: 08/21/2020) |
| 08/28/2020 | 573 | MINUTE ENTRY for SENTENCING as to Antoine Jones held on 08/28/2020 before Judge David L. Bunning. Eric Eckes appeared as APPOINTED counsel of record.1) Defendant's oral motion to continue is hereby **granted**. Defense counsel shall file any supplement to his sentencing memorandum **not later than Wednesday, September 2, 2020**. 2) SENTENCING is hereby rescheduled for Friday, 9/4/2020 at 11:00 AM in COVINGTON before Judge David L. Bunning. 3) Defendant is remanded to the U.S. Marshal Service pending his sentencing. (Court Reporter Lisa Wiesman.) (SLG)cc: COR,USM,USP (Entered: 08/28/2020) |
| 09/04/2020 | 574 | MINUTE ENTRY FOR SENTENCING as to Antoine Jones held on 09/4/2020 before Judge David L. Bunning: Eric Eckes appeared as APPOINTED CJA counsel of record. Bench conference portion of transcript is SEALED. United States sealed Motion 547 is GRANTED. United States oral motion to dismiss Superseding Indictment and original Indictment is GRANTED. No objections to the Presentence Report Courts Advice of Right to Appeal provided to defendant and shall be filed in the record. Judgment shall be entered (See Judgment and Commitment). Defendant remanded to the U.S. Marshal Service pending the designation by the Bureau of Prisons (Court Reporter Lisa Wiesman.) (KRB)cc: COR,USM,USP (Entered: 09/04/2020) |
| 09/04/2020 | 575 | JUDGMENT UPON PLEA OF GUILTY as to Antoine Jones (9), Count(s) 1, 2s, DISMISSED BY MOTION OF THE UNITED STATES; Count(s) 2ss, ORIGINAL JUDGMENT 9-4-20: SIXTY (60) MONTHS IMPRISONMENT; FIVE (5) YEARS SUPERVISED RELEASE $100 SPECIAL ASSESSMENT FEE (cc: Paper copy w/ NOE to COR & copy of SOR; Electronic copy to USP and original SOR returned to USP; Electronic copy to USM, FLU, Finance). Signed by Judge David L. Bunning on 09/04/2020. (KRB) (Entered: 09/04/2020) |
| 09/04/2020 | 577 | Court Advice Re: Appeal by Antoine Jones (KRB) (Entered: 09/22/2020) |
| 09/08/2020 | 576 | Notice Regarding US Passport for Criminal Defendant as to Antoine Jones. Defendant convicted. (TJZ) (Entered: 09/08/2020) |
| 10/26/2020 | 580 | MOTION for Forfeiture of Property by USA *Final Decree and Order of Forfeiture* as to Pierre R. Taylor, Vincent D. Brown, Antoine Jones. (Attachments: # 1 Exhibit A: Declaration of Publication, # 2 Proposed Order) (Datta, Rajbir) (Entered: 10/26/2020) |
| 10/27/2020 | 583 | FINAL DECREE AND ORDER OF FORFEITURE as to Pierre R. Taylor, Laquana M. Gordon, Antoine Jones: 1) The ATF shall seize the forfeited firearms and ammunition and dispose of them in accordance with the law. 2) USM shall seize the forfeited jewelry and dispose of it in accordance with the law. 3) The listed property be forfeited to the USA and no right, title or interest shall exist in any other party. (See order for details). 4) Any and all forfeited funds, and proceeds of sale from any property, after payment of costs and expenses, shall be deposited by the USM into the Department of Justice Asset Forfeiture Fund. Signed by Judge David L. Bunning on 10/27/2020. (TJZ)cc: COR,USM,USP (Entered: 10/28/2020) |
| 12/30/2020 | 608 | VIRTUAL ORDER: granting 602 SEALED MOTION for leave to Seal a Document by USA, 606 SEALED MOTION for leave to Seal a Document, 604 SEALED MOTION for leave to Seal a Document by USA as to Pierre R. Taylor. Signed by Judge David L. Bunning on 12/30/2020. (TJZ)cc: COR,USM,USP (Entered: 12/30/2020) |
| 01/27/2022 | | VIRTUAL ORDER:granting 640 SEALED MOTION for leave to Seal a Document by USA as to Pierre R. Taylor. Signed by Judge David L. Bunning on 01/27/2022. (TDB)cc: COR,USM,USP (Entered: 01/27/2022) |
| 02/09/2023 | 674 | VIRTUAL ORDER: In view of the separate Order granting early termination of probation, IT IS ORDERED that Defendant's pro se MOTION for Early Termination of Probation 673 is denied as moot Signed by Judge David L. Bunning on 2/9/2023. (TDB)cc: COR,USM,USP, Lavaysha Venison by U.S. Mail (Entered: 02/09/2023) |